IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-127-GCM

| | |
|---|---|
| ACESS FOR THE DISABLED, INC. and DENISE PAYNE,<br>　　　　Plaintiffs,<br>　v.<br>RAMADA INN,<br>　　　　Defendant. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER** is before the Court upon the motion of Plaintiffs to allow **Pete M. Monismith** to appear *Pro Hac Vice*, dated March 29, 2010 [doc. #3].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Mr. Monismith has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 30, 2010

Graham C. Mullen
United States District Judge