IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV127

| | | |
|---|---|---|
| ACCESS FOR THE DISABLED, INC. and DENISE PAYNE,  Plaintiffs, | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| SHREEJI HOSPITALITY INVESTORS, LLC,  Defendant. | ) ) ) ) ) | |

This matter is before the Court upon its own motion. A show cause Order was entered on September 6, 2013 directing the Plaintiff to show cause within 10 days why this case should not be dismissed without prejudice for failure to serve Defendant within the time period required by Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has failed to respond as directed. Accordingly,

IT IS THEREFORE ORDERED that this case is hereby dismissed without prejudice.

Signed: September 18, 2013

Graham C. Mullen
United States District Judge